NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VELLIYUR NOTT MALLIKARJU RAO, ALLEN CAPRON SIEVERT,**
*Appellants*

**v.**

**JOHN W. SMITH, CLAIRE MCGUINESS, ANDREW P. SHARRATT,**
*Appellees*

---

2020-1411

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 106,099.

---

## JUDGMENT

---

DIPU A. DOSHI, Blank Rome LLP, Washington, DC, argued for appellants.  Also represented by MEGAN R. WOOD; JAY PHILIP LESSLER, New York, NY.

BLAIR A. SILVER, Banner & Witcoff, Ltd., Washington, DC, argued for appellees.  Also represented by JOSEPH J. BERGHAMMER, KEVIN DAM, ERIC J. HAMP, MICHAEL L. KRASHIN, Chicago, IL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, CLEVENGER and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 12, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court